In the Matter of EDWARD A. ZRAICK et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 24, 1941; decided October 24, 1941.

*Louis A. Tepper* for appellants.

*A. David Benjamin, Charles H. Kelby* and *Harry Zankel* for Benjamin Brenner, respondent.

*William C. Chanler, Corporation Counsel,* for Board of Elections, respondent.

Order affirmed, without costs, on the ground that the question argued cannot be raised in this proceeding. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.